**Francis E. LITTLE, Jr., et al.**

v.

**NATIONAL SERVICE ASSOCIATION, INC. d/b/a Medical Clearing Bureau et al.**

**No. 74–93–A.**

Supreme Court of Rhode Island.

May 2, 1980.

Leo T. Connors, Thomas C. Mullaney, Jr., Providence, for plaintiffs.

Aram A. Arabian, Melvin L. Zurier, John T. Walsh, Jr., Providence, John H. Blish, Providence, Mr. Tanner, pro se, for defendants.

### ORDER

On March 4, 1980, we entered an order conditionally dismissing this appeal after 45 days from said date unless the case were resolved by agreement within that time frame. After the expiration of the 45 day period, the parties moved that we extend our deadline and give them an additional 2 weeks within which to resolve this case. Upon consideration of said motion, we hereby reinstate this appeal and grant the motion for extension. This appeal shall be dismissed automatically effective May 16, 1980 unless the parties shall have resolved the case by agreement on or before that date.

■

**Pauline ANDRADE**

v.

**STATE.**

**No. 80–185–A.**

Supreme Court of Rhode Island.

May 5, 1980.

Nugent & Nugent, J. Joseph Nugent Jr., Providence, for plaintiff.

Dennis J. Roberts II, Atty. Gen., Harold E. Krause, Special Asst. Atty. Gen., for defendant.

### ORDER

The parties herein are hereby authorized to stipulate to a judgment in favor of plaintiff in the sum of $50,000. The state may continue to press its appeal with respect to the propriety of the trial justice's refusal to eliminate the interest on said judgment in light of the provisions of Gen. Laws of 1956 (1969 Reenactment) § 9–31–2.